1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0781 SBA |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | REQUEST AND JOINT MOTION TO |
| v. | ) | CONTINUE HEARING DATE TO |
| | ) | FEBRUARY 3, 2009 AND TO EXCLUDE |
| JESUS BARON-MORFIN (a/k/a Jesus | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| Morfin, a/k/a Jesus Baron, a/k/a Jesus | ) | |
| Morfin Baron, a/k/a Jesus Barron, a/k/a | ) | Date:      February 3, 2009 |
| Jesus M. Baron, a/k/a Jesus Baron Morfin, | ) | Time:      9:00 a.m. |
| a/k/a Jesus Baron-Morfin, a/k/a Jesus | ) | Court:     Hon. Saundra B. Armstrong |
| Baron-Herminia), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The parties jointly requested that the hearing in this matter be continued from January 20, 2009 to February 3, 2009, and that time be excluded under the Speedy Trial Act between January 14, 2009 and February 3, 2009 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request and joint motion.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for motions setting or disposition or trial setting on February 3, 2009 at 9:00 a.m., and that time between January 20, 2009 and

1    February 3, 2009 will continue to be excluded under the Speedy Trial Act to allow for the

2    effective preparation of counsel, taking into account the exercise of due diligence.

3

4    DATED:_1/16/09                          _Saundra B Armstrong_____

5                                            HON. SAUNDRA B. ARMSTRONG
                                             United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER
TO CONTINUE HEARING TO
FEBRUARY 3, 2009 AND TO EXCLUDE TIME
No. CR-08-0781 SBA