BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JESUS BARON-MORFIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-781 SBA |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO ADVANCE CHANGE OF PLEA AND SENTENCING DATE TO MARCH 10, 2009** |
| vs. ) | |
| ) | |
| JESUS BARON-MORFIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated, by and between the parties, that the date for change of plea and sentencing set for April 21, 2009 at 10:00 a.m. be vacated and that the matter be advanced and set for change of plea and sentencing on March 10, 2009, at 10:00 a.m.

The parties request this advancement of the date for change of plea and sentencing because the parties have agreed to a "criminal history only" presentence report. The United States Probation Office is able to prepare such a report in a shorter time than is necessary for a full presentence report. United States Probation Officer Brian Casai has indicated to counsel for defendant that such a report could be prepared in time for a change of plea and sentencing on March 10, 2009.

On February 3, 2009, the parties submitted a proposed plea agreement to the Court. On

the same date, the Court excluded time from February 3, 2009 through April 21, 2009, in accordance with the provision of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) and (B)(iv). The parties agree that 18 U.S.C. §§ 3161(h)(1)(I) and (B)(iv) operate to toll the time between the date of this stipulation and March 10, 2009.

DATED: February 11, 2009      /S/
WADE RHYNE
Assistant United States Attorney

DATED:  February 11, 2009      /S/
COLLEEN MARTIN
Counsel for Jesus Baron Morfin

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the date for change of plea and sentencing set for April 21, 2009 at 10:00 a.m. be vacated and that the matter be set for change of plea and sentencing on March 17, 2009, at 10:00 a.m.

IT IS FURTHER ORDERED that the time from today's date through March 17, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) and (B)(iv) for consideration by the Court of a proposed plea agreement.  The Court finds that the ends of justice served by the tolling of the speedy trial time outweigh the best interests of the public and the defendant in a speedy and public trial.

SO ORDERED.

DATE:2/17/09

_Saundra B Armstrong_
SANDRA BROWN ARMSTRONG
United States District Judge

*U.S. v. Jesus Baron-Morfin,* CR 08-781 SBA
 STIPULATION AND [PROPOSED] ORDER           2